# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WELLS FARGO BANK, N.A.,
as Trustee for Option One Mortgage
Loan Trust 2005-5 Asset-Backed
Certificates, Series 2005-5,

        Plaintiff,        :        Case No. 3:07-cv-143

                                 District Judge Walter Herbert Rice
    -vs-                         Chief Magistrate Judge Michael R. Merz

                              :

GREGORY ANKENEY, et al.,

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on September 7, 2007, hereby ADOPTS said Report and Recommendations.

The Court will enter a judgment and decree of foreclosure which embodies the findings and conclusions recommended by the Magistrate Judge. The Court finds that the proposed decree attached to the Motion for Default Judgment (attachment to Doc. No. 14) does not comply with the Court's Electronic Filing Policies and Procedures Manual, § II.E.2. A proposed decree of foreclosure shall be submitted to the undersigned as required by the Manual. Failure to do so within ten days will result in dismissal of this case for want of prosecution.

September 26, 2007.

                                                    Walter Herbert Rice
                                                    United States District Judge